UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NOAH GLENN RAMSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-cv-281 |
| ) | *Phillips* |
| ) | |
| SHERIFF RONALD L. SEALS, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the defendant's motion for summary judgment is **GRANTED** to the extent this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The remainder of the defendant's motion for summary judgment is **DENIED** as **MOOT**. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                                  s/ Thomas W. Phillips
                                                  United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT